Invoice submitted to:
James L. Henry, Sr.
13603 Nightingale Drive
Houston TX 77050

September 13, 2013

In Reference To: Henry and Randle v. Carey of Houston
Invoice #56

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/1/2009 | Interview prior client regarding potential Title VII case against current employer (Carey Limo). EEOC charge already filed for race, retaliation re: incident June 18, 2009. Other witnesses/potential claimants re: racist performance at safety meeting. | 1.25 300.00/hr | 375.00 |
| 9/11/2009 | Meeting with client and other driver witnesses regarding work incident/performance, co. response to complaint and treatment of client. | 1.00 300.00/hr | 300.00 |
| 9/2/2009 | Follow up call from/to client re: claims, witnesses, and next appointment | 0.25 300.00/hr | 75.00 |
| 9/9/2009 | Review fax from client re: employer issued memo re: "Transition of Employment Status for Chauffeurs." Moving drivers from staffing entity to in-house placement. | 0.25 300.00/hr | 75.00 |
| 12/8/2009 | Meeting with client re: status of EEOC charge/investigation. | 0.50 300.00/hr | 150.00 |
| 3/9/2011 | Damages research re: potential recovery for mental anguish/punitives. Proof of lost wages, actuals related to retaliation. Conference with JS/EEOC re: damage models from related claims. | 2.50 300.00/hr | 750.00 |
| 9/24/2009 | Call from client w/inquiry regarding other potential claimants/appointment. | 0.17 300.00/hr | 50.00 |
| 11/24/2009 | Call to/from client re: confer about call received from owner/manager. | 0.25 300.00/hr | 75.00 |
| 2/12/2010 | Call from client to discuss status of EEOC investigation, call from investigator. | 0.25 300.00/hr | 75.00 |

**EXHIBIT "A"**

|            |                                                                                                                                                                                                    | Hrs/Rate        | Amount |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 7/30/2010  | Call from client to discuss status of EEOC investigation, possibility of requesting right to sue before investigation completed.                                                                   | 0.25 300.00/hr  | 75.00  |
| 9/9/2010   | Conference with investigator re: evidence; file status. Demand full investigation re: date of offense; history of stereotype; repeat behavior day 2. Conference with client re: discussions with EEOC, documents requested related to claims. | 0.67 300.00/hr  | 200.00 |
| 9/8/2010   | Follow up with client re: documents requested 09.07.10; need copies.                                                                                                                               | 0.17 300.00/hr  | 50.00  |
| 9/9/2010   | Follow up conference with client re: investigation status, materials produced and reviewed, communications with EEOC.                                                                              | 0.33 300.00/hr  | 100.00 |
| 10/6/2011  | Call from client re: status.                                                                                                                                                                       | 0.17 300.00/hr  | 50.00  |
| 10/10/2011 | Conference with client re: questions/suggestions following communication with co-party (HR).                                                                                                       | 0.25 300.00/hr  | 75.00  |
| 10/12/2011 | Call from client re: status.                                                                                                                                                                       | 0.17 300.00/hr  | 50.00  |
| 10/14/2011 | Client conference re: phone conference with court on 10.12.11; defendants motion to dismiss; continue DCO date pending outcome.                                                                    | 0.50 300.00/hr  | 150.00 |
| 4/12/2013  | Client conference re: defendants agree to mediate with magistrate judge. Discuss motion/order, expected deadlines and information required, anticipated procedure b/f Judge Hanks.                 | 0.50 300.00/hr  | 150.00 |
| 3/7/2011   | Call from EEOC investigator re: need discuss status--DETERMINATION ISSUED. Call to client; no answer/ wrong number?                                                                                | 0.25 300.00/hr  | 75.00  |
| 3/10/2011  | Calls to client cell, home, work re: EEOC has issued a determination in favor of clients' claims; need formulate damage outline. EEOC requesting damages; trying to conciliate with defendants. No answer; no return calls. | 0.50 300.00/hr  | 150.00 |
| 3/22/2011  | Call from client; LM with T. Clark re: has new counsel? Maybe taking file elsewhere; will call back.                                                                                               | 0.17 300.00/hr  | 50.00  |
| 3/15/2011  | Calls from/to EEOC investigator re: status of conciliation offer/client discussion. LM re: call returned; will respond upon authority received from clients.                                       | 0.33 300.00/hr  | 100.00 |
| 3/16/2011  | Call returned from EEOC investigator re: status of conciliation offer. Advised client conferece planned next week to formulate offer.                                                              | 0.42 300.00/hr  | 125.00 |
| 3/22/2011  | Call and Letter/fax received from EEOC investigator re: still no response from client re: conciliation offer; will extend deadline for same until 03.30.11.                                        | 0.33 300.00/hr  | 100.00 |
|            | Prepare questionnaire for client and outline of damages per specifics of case, claim, case research, evidentiary materials available. Substantiation/law related to harassment/hostile work environment [mental anguish]. | 2.25 300.00/hr  | 675.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/23/2011 | Email to client re: awaiting response to messages, calls, inquiries re: meeting, conciliation, new counsel, etc. Need timely response; please advise. | 0.25 300.00/hr | 75.00 |
| 3/30/2011 | Research via TX, comptroller, internet, Bar site re: corporate status, registered agent, notice and demand, party defendants. Confer with client re: conciliation offer to be remitted. Prepare and remit conciliation offer to EEOC. Send conciliation offer, determination and demand letter to Carey registered agent, Dale A. Dossey, Esq. | 2.00 300.00/hr | 600.00 |
| 10/13/2009 | Letter of representation to EEOC on behalf of client. | 0.17 300.00/hr | 50.00 |
| 5/4/2011 | Review and respond to email from client; follow up call to same regarding request for meeting. Call to EEOC re: status of conciliation. LM. | 0.25 300.00/hr | 75.00 |
| 6/27/2011 | Research party status/registered agent for Parkwest as co-defendant; joint employer. | 0.50 300.00/hr | 150.00 |
|  | Draft and file joint petition for race discrimination/hostile work environment/retaliation for clients. | 2.25 300.00/hr | 675.00 |
| 7/5/2011 | Receive and review Order for Sched Conference; set 10.06.11 w/ Magistrate Stacy. Case set before Judge Melinda Harmon. Calendar setting. Copy to client. Bar search for contact info on Carey's attorney, Kronenberger [info provided EEOC invalid?]. | 0.50 300.00/hr | 150.00 |
| 10/5/2011 | Draft and remit FOIA request with acknowledgment to EEOC for client charge file. | 0.25 300.00/hr | 75.00 |
| 11/16/2011 | Receive, review letter from EEOC re: FOIA request. | 0.25 300.00/hr | 75.00 |
| 11/28/2011 | Receive and review client charge file on disk from EEOC [82 pages]. | 1.50 300.00/hr | 450.00 |
| 12/9/2010 | Call from EEOC supervisor re: initial evaluation of charge, additional investigation since September. | 0.42 300.00/hr | 125.00 |
| 10/5/2011 | Research SD and 5th cir. cases on race retaliation as to assignments, hours, shifts, routes [See Cooper v. Walmart, etc.]. | 3.50 300.00/hr | 1,050.00 |
| 3/27/2012 | Receive, review and respond to client email about EEOC status ?; Client reminded suit filed June 2011 [see copies]. | 0.17 300.00/hr | 50.00 |
| 7/19/2012 | Receive, review and respond to client email about phone conference docketing hearing with court. Mail client copy of DCO entered as to same. Conference w/CLC re: case status. | 0.33 300.00/hr | 100.00 |
| 7/23/2012 | Receive, review and respond to client email about DCO received, caption of case [Parkwest], etc. | 0.17 300.00/hr | 50.00 |

James L. Henry, Sr.

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/9/2012 | Receive, review and respond to client email about picking up files next week. SRH inquired if new attorney. No response/further inquiry from client. Client advised files will be released upon order granting substitution or withdrawal of new counsel. | 0.25<br>300.00/hr | 75.00 |
| 11/14/2012 | Forward Carey's correspondence, partial document production, including phone recording [?] to client as received from OC. Call to client re: information received and content check for materials, video, etc. | 0.50<br>300.00/hr | 150.00 |
|  | Forward OC comments/explanation to client regarding images/explanation of video/ partial phone recording. Request client review recording carefully and respond as to accuracy, completeness, comparison to performance as occurred. | 0.25<br>300.00/hr | 75.00 |
| 10/31/2011 | Receive, review and respond to client email status inquiry. Client informed of Parkway motion to dismiss as wrong party, response deadline, etc. | 0.33<br>300.00/hr | 100.00 |
| 10/19/2011 | Receive, review and respond to client email status inquiry. | 0.17<br>300.00/hr | 50.00 |
| 12/4/2012 | Scan and email defendants' initial disclosures to client for review, comment and response. | 0.25<br>300.00/hr | 75.00 |
| 12/10/2012 | Receive, calendar and copy to client amended docket control order. | 0.25<br>300.00/hr | 75.00 |
| 1/23/2013 | Repeat calls, VM and email to client regarding potential expert witnesses [medical, therapy, counseling, etc.]. Client unavailable. Research for contact information for Dr. Katay; Grace Community Church re: anger management therapy. | 1.50<br>300.00/hr | 450.00 |
| 2/22/2013 | Receive, review, analyze and research JSJ article from client re: MI DHS case [Miller]; i.e. gorilla toy case. Email to client. | 1.00<br>300.00/hr | 300.00 |
| 3/19/2013 | Research contact/status of Nationwide Singing Telegrams. Not in good standing; no current operations. PA registered; no TX registration, location. | 1.33<br>300.00/hr | 400.00 |
| 4/4/2013 | Global internet search for current location/ownership of Nationwide Singing Telegrams. Emails and calls to PA Sect. of State; Dept. of Revenue; former registered agent. Phone conference with NY singing telegram provider/former contract service provider, who says owner deceased, business defunct. Email to and from M. Burr Keim Co. [RA] re: location of entity, prior records, etc. | 2.25<br>300.00/hr | 675.00 |
| 4/5/2013 | Email from client, office and to both re: client requesting file, may have new counsel. Email, call and VM to client to make appointment to meet with CLC and SRH to sign for and retrieve file, have new counsel [?] execute substitution and/or Mtn withdraw. No response from client. | 0.25<br>300.00/hr | 75.00 |
| 4/11/2013 | Email to client re: status inquiry on change of counsel, retrieving file, substitution, etc. | 0.25<br>300.00/hr | 75.00 |

James L. Henry, Sr.

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 4/16/2013 | Email from Judge Hanks' case manager re: availability for mediation. Email [copy] to client with request for availability; review response and notify case manager. Calendar. | 0.42<br>300.00/hr | 125.00 |
| 4/17/2013 | Email from/to client re: mediation/settlement discussion. | 0.17<br>300.00/hr | 50.00 |
| 5/8/2013 | Email client copy of mediation confirmation/scheduling received from court. | 0.25<br>300.00/hr | 75.00 |
| 5/21/2013 | Email from/to client re: Carey's late-filed MSJ; docket canceled; motion not to be heard pending mediation conference. Copy of notice from court remitted to client FYI. | 0.33<br>300.00/hr | 100.00 |
| 5/31/2013 | Legal research for current effigy/slur/hostile work environment cases. Check TX lawyer; EEOC reported cases [Abercrombie?]. Print cases, references, blurbs and articles [Jim Crow article; Penn State stereotype research] for use at mediation. | 2.75<br>300.00/hr | 825.00 |
| 6/5/2013 | Lengthy response to email from client re: trial strategy, concerns pre-mediation. Client requested to cooperate in preparing for mediation. | 0.33<br>300.00/hr | 100.00 |
| 6/13/2013 | Calls and VM to client re: mediation preparation; request cooperation and meeting. | 0.50<br>300.00/hr | 150.00 |
| 6/17/2013 | Emails to/from client re: mediation preparation; request cooperation and meeting. No response from client. Call client to discuss. | 0.75<br>300.00/hr | 225.00 |
| 6/18/2013 | Review and research case/damage information from client re: Vinton-Duarte v. River Oaks LM, Inc. Email correspondence to/from client re: comparison of claims, law, facts, courts, apposite nature of cause, etc. Lengthy correspondence and telephone conference exchanges regarding case evaluation for mediation/trial. | 2.50<br>300.00/hr | 750.00 |
| 6/20/2013 | Email from/to client re: case evaluation pre-mediation. Review client points for complaint/recovery; client pre-mediation demand to be remitted to OC/court. | 0.50<br>300.00/hr | 150.00 |
| 6/21/2013 | Review Sambo's article/commentary re: racial stereotyping; community response; potential juror impact. | 1.00<br>300.00/hr | 300.00 |
| 6/24/2013 | Review correspondence faxed from OC re: documents remitted to EEOC previously. | 0.25<br>300.00/hr | 75.00 |
| 11/13/2012 | Review Carey's initial disclosures (90+ days late); remit to client. Note: Wolfington listed as CEO not owner; Alcott not listed; Andy Van no longer employed. Video file remitted; partial recording [phone?] of 1 gorilla performance. Review video clip w/CLC. Remainder documents plaintiff files primarily; very limited. Respond to OC re: request for 2nd copy of EEOC disks [altered remitted by email]. Reply to inquiry. | 1.50<br>300.00/hr | 450.00 |

James L. Henry, Sr.

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 6/27/2011 | Draft and e-file Plaintiffs' Original Complaint v. Parkwest Staffing and Carey of Houston (D/B/A). | 0.75 300.00/hr | 225.00 |
| 6/28/2011 | Order for Pretrial/Sched conference; case assigned to Judge Harmon. R16 Conf w/Magistrate Stacy. Calendar. | 0.42 300.00/hr | 125.00 |
| 8/19/2011 | File waivers of service of summons from Parkwest and EFTM, Inc. | 0.33 300.00/hr | 100.00 |
| 8/25/2011 | File waivers of service of summons from Carey of Houston and Carey CL. | 0.33 300.00/hr | 100.00 |
| 8/26/2011 | Review Order re: voluntary recusal/conflict by Judge Harmon; deadlines same; settings vacated. Calendar and notify client. | 0.33 300.00/hr | 100.00 |
| 8/29/2011 | Review Order re: case assigned to Judge Hoyt. Conf with client re: change of judge. | 0.25 300.00/hr | 75.00 |
| 9/6/2011 | Review Original Answer from Carey defendants; copy to client. Check afftv defense asserted re: failure of admin remedy in-house complaint process. Review Carey procedure--no formal complaint process. | 0.75 300.00/hr | 225.00 |
| 9/8/2011 | Emails from/to OC re: need extension to file answer (Parkwest). Corp. status [non-public] Carey. | 0.33 300.00/hr | 100.00 |
| 9/14/2011 | Draft and efile Plaintiffs' certificate of interested persons. Notice to all. | 0.25 300.00/hr | 75.00 |
| 9/15/2011 | Review and analyze Parkwest/EFTM motion to dismiss; claims non-shared employer/employee status. Review client payment/policy record re: staffing relationship. Review charge/determination. Review Parkwest/EFTM answer. | 1.42 300.00/hr | 425.00 |
| 9/16/2011 | Review Parkwest/EFTM certificate of interested parties; notice of financial interest. | 0.17 300.00/hr | 50.00 |
| 10/3/2011 | Conference w/opposing counsel; comments/discussion for 26f report. Review final draft of 26f report for filing. | 0.50 300.00/hr | 150.00 |
| 10/5/2011 | Draft and file motion for continuance of docket date. Confer with opponents; file and serve; notify client. | 0.75 300.00/hr | 225.00 |
| 10/12/2011 | Review Carey corporate disclosure statement. | 0.25 300.00/hr | 75.00 |
| 10/11/2011 | Rule 16 phone conference with Court/opposing counsel. Motions to continue scheduling conference pending 12b6 ruling; continue docket date for 12b6 granted. Conference set from CH. | 0.67 300.00/hr | 200.00 |
| 10/12/2011 | Review Order following Rule 16 phone conference; calendar and notify client. | 0.17 300.00/hr | 50.00 |

James L. Henry, Sr.                                                                                               Page 7

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 10/18/2011 | Confer with opposing counsel re: continuance of docket date for 12b6 motions. Draft agreed motion; e-file and serve. | 0.50 300.00/hr | 150.00 |
| 10/20/2011 | Draft Order granting continuance of docket date for 12b6 motions; e-file and serve. Order granted, received, reviewed, and calendared. | 0.42 300.00/hr | 125.00 |
| 11/10/2011 | Legal research re: shared employee; joint administration via policies and procedures; full and complete investigation of charge claims; determination issues in favor of client. | 3.67 300.00/hr | 1,100.00 |
| | Draft response to Parkwest 12b6 motions to dismiss. Review case file, charge records from client vs. charge records attached to motion; case precedent re: EEOC investigations, charge elements, shared employer. Copy and scan exhibits to motion; draft order denying motions. E-file and serve. | 4.25 300.00/hr | 1,275.00 |
| 3/21/2012 | Review memorandum opinion/order on 12b6 motions. Check cases; copy to and confer with CLC and client. | 1.33 300.00/hr | 400.00 |
| 7/9/2012 | Review notice of setting re: case 'reopened' following inquiry post-12b6. New Sched Conf set for 7.16; calendar and notify client. CH to set up conference call. | 0.33 300.00/hr | 100.00 |
| 7/16/2012 | Telephone scheduling conference with Court. Scheduling order entered; agreed dates. Order received; calendared; client notified. | 0.75 300.00/hr | 225.00 |
| 8/2/2012 | Draft initial disclosures for plaintiff parties; file and serve. | 1.25 300.00/hr | 375.00 |
| 12/4/2012 | Confer with opposing counsel regarding late disclosures; deadlines; video. Respond to request for 3rd copy of EEOC disks; 3rd set of disks burned and mailed to OC. Draft, file and send OC proposed motion. Email to/from OC re: changes/review of motion. Receive, finalize, file and serve agreed motion to amend DCO; call to case mgr. | 1.17 300.00/hr | 350.00 |
| | Review order granting Amended DCO; schedule altered dates; calendar and notice client. | 0.42 300.00/hr | 125.00 |
| 1/31/2013 | Draft, file and serve expert witness list following conferences with clients and contact research info as to same. | 0.58 300.00/hr | 175.00 |
| 4/12/2013 | Confer and email to/from OC and client re: agreement to mediate case with Magistrate. Draft, file and serve Agreed referral to ADR w/Magistrate. | 0.50 300.00/hr | 150.00 |
| 5/1/2013 | Review order canceling docket call; trial reset to 8.13.13 if mediation fails. Review notices and correspondence to/from court, email to/from OC re: deadlines in effect/ all deadlines canceled per referral to mediation; docket reset. Copy to clients with instructions. | 0.42 300.00/hr | 125.00 |
| | Review order MSJ filed [erroneous?] by OC. Note: MSJ filed untimely per DCO; deadlines canceled b/f filing? MSJ due 5.1; received/e-filed in full 5.2. Review affidavits and exhibits. Email to OC re: portions of files too large to open; resend. | 1.33 300.00/hr | 400.00 |

James L. Henry, Sr.                                                                                          Page    8

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/7/2013 | Review notice of setting for mediation conference with Magistrate. Calendar and copy to clients. | 0.25<br>300.00/hr | 75.00 |
| 5/21/2013 | Review order striking MSJ as untimely dockted. Copy to clients. | 0.25<br>300.00/hr | 75.00 |
| 6/25/2013 | Review case file, precedent, articles, supporting materials and instructions from clients. Present claims to mediator/Magistrate and negotiate attempted settlement. | 6.00<br>300.00/hr | 1,800.00 |
| 7/3/2013 | Review notice of appearance by new counsel; Johnson and Odom. CH withdrawn/substituted. Email inquiry from/to new counsel [Odom] re: retrieval of file, case discussion. Respond to request for file re: office closed 7.3 and 7.5; SRH in court; contact CLC for file retrieval. Inter-office email re: same. | 0.75<br>300.00/hr | 225.00 |
| 7/12/2011 | Draft waivers of service of summons for Parkwest; research legals for same. Remit with pleadings/sched orders to opposing counsel. | 0.33<br>300.00/hr | 100.00 |
| 7/6/2011 | Draft waivers of service for Carey defendants; research legal entity. Waivers, pleadings, sched order copied, scanned, emailed (failed); then faxed for signature to Carey defendants' counsel. | 0.75<br>300.00/hr | 225.00 |
| 2/8/2013 | Draft interrogatories and requests for production from plaintiff to Carey defendants; faxed to OC. | 2.50<br>300.00/hr | 750.00 |
| 4/10/2013 | Review discovery responses from Carey; interrog answers. | 0.50<br>300.00/hr | 150.00 |
| 4/11/2013 | Review discovery responses from Carey; documents on dropbox [cannot access]; RFP responses w/letter. Email to OC re: please send documents on disk; cannot open dropbox file. | 0.58<br>300.00/hr | 175.00 |
| 4/15/2013 | Review discovery disk received hard copy from Carey; 947 documents plus video clip. | 1.75<br>300.00/hr | 525.00 |
| 5/21/2013 | Confer with opponent, draft and file Motion to Extend DCO to allow mediation. | 0.50<br>300.00/hr | 150.00 |
| 8/25/2011 | Draft and file certificate of interested persons. | 0.50<br>300.00/hr | 150.00 |
| 4/11/2011 | Email communication to/from counsel for Parkwest re: conciliation underway, relationship to claims, dispute of claim notice. | 0.25<br>300.00/hr | 75.00 |
| 7/5/2011 | Email communication to/from Carey attorney; new contact info provided. Phone conference with same regarding suit, acceptance of service via waiver. | 0.33<br>300.00/hr | 100.00 |
| 7/6/2011 | Email from Carey attorney; has authority to accept service via waiver. Response to OC with instructions/request for return of waivers, request to discuss mediation/settlement, etc. | 0.33<br>300.00/hr | 100.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/25/2011 | Phone call and email from Parkwest counsel re: expectation that Judge Harmon will recuse herself because of connection with firm. | 0.25<br>300.00/hr | 75.00 |
| 7/2/2012 | Call and emails to case manager and OC re: status of case, reset of R16 conf, file 'closed' post-12b6. Advised case 'dropped' accidentally and will be reset for sched. conference. Confirm same, dates for new conference, call in details, requirement of new 26F report, etc. Notice to client of same. | 0.50<br>300.00/hr | 150.00 |
| 7/10/2012 | Email communication with opposing counsel; schedule new conference; review prior 26f report for use. | 0.33<br>300.00/hr | 100.00 |
| 7/11/2012 | Phone conference w/OC; review proposed changes; remit revision to OC for approval; finalize, e-file and serve. | 1.25<br>300.00/hr | 375.00 |
| 10/10/2012 | Email to OC re: disclosures were due July 31st; have not received. Second inquiry about name of service providing the gorilla performer. Review response from Carey attorney; disclosures to be remitted by 10.12; does not have entertainer info. | 0.50<br>300.00/hr | 150.00 |
| 10/22/2012 | Second reminder to OC re: disclosures due July 31st; not received. | 0.25<br>300.00/hr | 75.00 |
| 11/9/2012 | Third reminder to OC re: disclosures due July 31st; not received. Review response from OC; disclosures to be remitted by 11.12. Reply as to same. Follow up email in response to phone message. | 0.25<br>300.00/hr | 75.00 |
| 12/3/2012 | Emails to/from OC re; heated debate over racial stereotyping, gorilla suit, comparison with African Americans; facts of case. Discussion of procedure for altering deadlines, need for time, etc. | 0.50<br>300.00/hr | 150.00 |
| 12/6/2012 | Inter-office message about calendar/schedule dates from amended DCO. | 0.25<br>300.00/hr | 75.00 |
|  | Email from OC re: received EEOC files on disks. | 0.25<br>300.00/hr | 75.00 |
| 2/28/2013 | Remit racial stereotyping; psych study articles to OC for review/explanation regarding allegations of discrimination. | 0.33<br>300.00/hr | 100.00 |
| 3/21/2013 | Emails to/from OC re: discovery answers and documents due last week. Status inquiry. Review response from OC re; "working on them." Question about discovery deadline, deposition, vacation conflict with trial date. Respond re: failure to seek extension, call about tardiness, etc. Reserve complaint pending review. Reply re: will send soon; will call Monday. | 0.50<br>300.00/hr | 150.00 |
| 4/3/2013 | Third email inquiry about past-due discovery responses and documents. | 0.25<br>300.00/hr | 75.00 |
| 4/5/2013 | Call from/to OC and email to confirm discovery responses to be remitted. Request confirm date certain for past-due responses to be served. | 0.33<br>300.00/hr | 100.00 |

James L. Henry, Sr.                                                                                       Page    10

|            |                                                                                                                                                                                                                                                                                                                                                 | Hrs/Rate         | Amount      |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|-------------|
| 4/29/2013  | Email from/to OC Carey re: mediation date after current trial setting. Respond re: expect case to be continued pending mediation; suggest OC email inquiry to case manager for confirmation/assistance. OC repeat conflict with vacation/trial June 1. Review email from OC to case manager re: scheduling inquiry. Notice to case manager that mediation date is acceptable to plaintiffs; will agree to brief continuance for purpose of mediation. | 0.50<br>300.00/hr | 150.00      |
| 6/17/2013  | Receive and review mediation preparation forms/instructions from Judge Hanks.                                                                                                                                                                                                                                                                    | 0.33<br>300.00/hr | 100.00      |
| 6/19/2013  | Draft and remit to OC settlement offer for mediation, per court's instructions. Emails to/from OC re: amount and nature of offers, history of offers, "harmless" nature of gorilla performance. Email battle re: facts, law, admissibility/authenticity of video, "sensibilities of African Americans;" EEOC as puppets of charging party. | 0.75<br>300.00/hr | 225.00      |
|            | Email inquiry to case manager re: remitting mediation report and documents via email versus hand delivery, etc.                                                                                                                                                                                                                                 | 0.25<br>300.00/hr | 75.00       |
| 7/2/2013   | Review minute entry re: failed mediation. Email to case manager re: Judge Hanks was to reconvene and/or attempt resolution via phone conference. What is status? Emails from/to case manager and clients re: phone conference with Judge Hanks on 7.2 or 7.5.                                                                                  | 0.33<br>300.00/hr | 100.00      |
| 7/8/2013   | Files, folders, binder reviewed, copied, produced; all materials reviewed. Letter to new counsel [Odom] re: file produced; copies of disks to be remitted upon return; lien retained on file.                                                                                                                                                   | 3.00<br>300.00/hr | 900.00      |
|            | Burn copies of EEOC charge files and def's discovery disk for new counsel; notify counsel of same. Respond to email correspondence demand from same.                                                                                                                                                                                            | 0.42<br>300.00/hr | 125.00      |
| 9/30/2009  | Draft contract for services for new client v. Carey Limo; race discrimination.                                                                                                                                                                                                                                                                  | 0.25<br>300.00/hr | 75.00       |
|            | For professional services rendered                                                                                                                                                                                                                                                                                                              | 97.75            | $29,325.00  |

Additional Charges :

| 3/22/2011  | Letter/fax received from EEOC investigator re: still no response from client re: conciliation offer; will extend deadline for same until 03.30.11. | 1.25 |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------|------|
| 9/9/2009   | Review fax from client re: employer issued memo re: "Transition of Employment Status for Chauffeurs." Moving drivers from staffing entity to in-house placement. | 0.50 |
| 3/30/2011  | Copies, postage, faxes of conciliation offer to EEOC and RA for Carey.                                                                             | 3.00 |
| 10/13/2009 | Letter of representation to EEOC on behalf of client.                                                                                              | 0.65 |
| 4/12/2011  | Fax inquiry to EEOC re: status of conciliation.                                                                                                    | 0.25 |

James L. Henry, Sr.

|  |  | Amount |
|---|---|---:|
| 10/5/2011 | Draft and remit FOIA request with acknowledgment to EEOC for client charge file. | 2.25 |
| 11/18/2011 | Review and process for payment charge file notice re: FOIA request. File production fee $25.00. | 25.00 |
| 7/19/2012 | Receive, review and mail client copy of DCO entered per phone conference. | 0.65 |
| 12/10/2012 | Copies and postage; amended DCO mailed to client. | 0.89 |
| 2/13/2013 | Copy of discovery directed to defendant sent to client. | 3.79 |
| 5/21/2013 | Hard copy of order for mediation mailed to client. | 0.69 |
| 6/25/2013 | Mileage, parking,at mediation. | 15.00 |
| 7/6/2011 | Waivers, pleadings, sched order copied, scanned, emailed (failed) and faxed (30 p) remitted for signature to Carey defendants. | 5.10 |
| 8/17/2011 | Waivers of service from Parkwest returned fax; scanned and filed. | 0.50 |
| 11/13/2012 | Initial Disclosures from Carey | 3.00 |
| 1/8/2013 | Agreed Motion to Extend; copies and postage. | 0.91 |
| 12/5/2011 | EEOC charge disks to G. Kronenberger. | 4.13 |
| 6/27/2011 | Filing fee for original complaint. | 175.00 |
| 2/8/2013 | Draft interrogatories and requests for production from plaintiff to Carey defendants; faxed to OC. | 11.50 |
| 4/10/2013 | Discovery responses received from Carey; interrog answers and RFP. | 16.00 |
| 5/20/2013 | Copy of mediation confirmation/scheduling sent to client. | 0.68 |
| 6/24/2013 | Review correspondence faxed from OC re: documents remitted to EEOC ? previously. | 1.50 |
| 4/11/2013 | Discovery responses and letter received from Carey; RFP responses w/letter. | 7.00 |
| 7/8/2013 | Files, folders, binder reviewed, copied, produced to new counsel. | 87.00 |

| Total additional charges | $366.24 |
|---|---:|
| Total amount of this bill | $29,691.24 |
| Balance due | $29,691.24 |