UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES L HENRY, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:11-CV-2417 |
| PARKWEST STAFFING SERVICES, INC., *et al*, | § § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

Pursuant to the verdict entered in this case, the statutes governing damage awards, attorney's fees and costs, the Court enters judgment for the plaintiffs and against the defendants, Corpcar Services Houston, Ltd. *d/b/a* Carey of Houston and Corpcar Services Houston C.L., Ltd., as follows:

(1)  James L. Henry, Sr.
    (a) Damages    $    50,000.00
    (b) Attorney's Fees    54,648.85
    (c) Costs of Court    3,480.50

(2)  Homer Randle
    (a) Damages    22,500.00
    (b) Attorney's Fees    74,950.00
    (c) Costs of Court    366.24

Interest accrues on the damages and attorneys' fees at the rate of <u>0.11%</u> per annum until paid.

This is a Final Judgment.

SIGNED on this 8th day of October, 2013.

_____
Kenneth M. Hoyt
United States District Judge